UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MOHAMMED A. TIPOO, on behalf of
himself and all others similarly situated,

                              Plaintiff,

vs.

TRUMP ENTERTAINMENT RESORTS,
INC. and TRUMP PLAZA ASSOCIATES,
LLC,

                        Defendants.

Civil Action No. 1:14-cv-3962 (WFK) (RER)

**STATUS REPORT**

      Pursuant to the Status Report Order herein dated September 10, 2014, Trump Entertainment Resorts, Inc. and Trump Plaza Associates, LLC, the Defendants in the above-captioned action, respectfully report that their chapter 11 bankruptcy cases, *In re Trump Entertainment Resorts, Inc.*, Case No. 14-12103 (KG), remain pending in the United States Bankruptcy Court for the District of Delaware.  Accordingly, pursuant to 11 U.S.C. § 362(a), this action is stayed.

Dated:  New York, New York
          December 10, 2014

STROOCK & STROOCK & LAVAN LLP

By: /s/ Curtis C. Mechling
      Curtis C. Mechling
180 Maiden Lane
New York, New York 10038-4982
Tel.: (212) 806-5400
Fax: (212) 806-6006
Email: cmechling@stroock.com

      -and-

DONNELLY CLARK, LLC
John M. Donnelly
1000 Boardwalk
Atlantic City, New Jersey 08401
Tel.: (609) 347-1199
Email: jdonnelly@donnellyclark.com
*Attorneys for Defendants*