UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED A. TIPOO, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br>vs.<br><br>TRUMP ENTERTAINMENT RESORTS, INC. and TRUMP PLAZA ASSOCIATES, LLC,<br><br>       Defendants. | Civil Action No. 1:14-cv-3962 (WFK) (RER)<br><br>**STATUS REPORT** |

   Pursuant to the Status Report Order herein dated June 11, 2015, Trump Entertainment Resorts, Inc. and Trump Plaza Associates, LLC, the Defendants in the above-captioned action, respectfully report that their chapter 11 bankruptcy cases, *In re Trump Entertainment Resorts, Inc.*, Case No. 14-12103 (KG), remain pending in the United States Bankruptcy Court for the District of Delaware.  Accordingly, pursuant to 11 U.S.C. § 362(a), this action is stayed.

Dated:  New York, New York
     December 11, 2015

STROOCK & STROOCK & LAVAN LLP

By: /s/ Curtis C. Mechling_____
   Curtis C. Mechling
180 Maiden Lane
New York, New York 10038-4982
Tel.: (212) 806-5400
Fax: (212) 806-6006
Email: cmechling@stroock.com

     -and-

DONNELLY CLARK, LLC
John M. Donnelly
1000 Boardwalk
Atlantic City, New Jersey 08401
Tel.: (609) 347-1199
Email: jdonnelly@donnellyclark.com
*Attorneys for Defendants*